# Court of Appeals
# of the State of Georgia

ATLANTA, February 19, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0230. PEDRO PALOMO v. GEORGINA PALOMO RIOS.**

Pedro Palomo filed a divorce petition against Georgia Palomo Rios on July 1, 2013. On January 16, 2014, the trial court issued a temporary order granting the parties joint legal custody and awarding both child support and attorney fees to Rios. Palomo filed this application for discretionary appeal, arguing the trial court abused its discretion in awarding child support in the amount of $1,619 per month and in awarding $8,000 in attorney fees in this divorce proceeding pending before the trial court. Rios has filed a motion to dismiss the application. We, however, lack jurisdiction.

Although the Court of Appeals may review cases relating solely to child custody, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6). In Georgia, child support is a form of alimony. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010). And orders specifically relating to the parties' pending divorce are within the appellate jurisdiction of the Supreme Court. See, e.g., *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996) (temporary alimony order in pending divorce proceeding); *Jones v. Jones*, 258 Ga. 353 (369 SE2d 478) (1988) (disqualification order in pending divorce proceeding). Therefore, this Court lacks jurisdiction to consider this discretionary application or the motion to dismiss this application, and the case is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 02/19/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen *, Clerk.*